# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOE PINO, # 76830**                                                                                       **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 1:21cv316-HSO-RHWR**

**DR. R. WOODALL and NURSE N.
STEVENSON**                                                                                             **DEFENDANTS**

## ORDER DENYING MOTION TO
## WITHDRAW AND REQUIRING PLAINTIFF TO RESPOND

BEFORE THE COURT is pro se Plaintiff Joe Pino's motion [5] to withdraw his *in forma pauperis* request. He is incarcerated with the Mississippi Department of Corrections, and he challenges the conditions of his confinement. On October 20, 2021, he filed the instant motion withdrawing his earlier request for pauper status and asking the Court to take $350 out of his inmate account. On November 5, Pino filed a second application [6] for leave to proceed *ifp*. Five days later, the Court granted him pauper status. Therefore, the motion to withdraw is moot.

Additionally, the Court has considered and liberally construed the pleadings and is of the opinion that more information is needed in order to assess the allegations. Accordingly, Pino shall respond in writing, to the following:

  (1) How did Dr. R. Woodall violate your constitutional rights?

  (2) How did Nurse N. Stevenson violate your constitutional rights?

  (3) Provide the (a) name and (b) address of each person you claim denied you medical treatment, and (c) explain how he or she did so.

  (4) What is the condition that you claim is not being treated?

The responses shall be filed with the Court no later than November 29, 2021.

**IT IS THEREFORE ORDERED** that pro se Plaintiff Joe Pino's motion [5] to withdraw is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a response consistent with this Order **no later than November 29, 2021**.  Failure to timely comply with any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 12th day of November, 2021.

s/ Robert H. Walker<br>
UNITED STATES MAGISTRATE JUDGE